OPINION # O-7473 WAS NEVER ISSUED OR

WAS WITHDRAWN.